**UNITED STATES DISTRICT COURT**

**District of Minnesota**

E.E.

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00314-JWB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Consent Motion to Vacate the January 17, 2026 Order (Doc. No. 9) is **GRANTED**.

2. The Order on Petition for Writ of Habeas Corpus (Doc. No. 7) is **VACATED**.

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED AS MOOT**.

4. Nothing in this Order adjudicates the merits of Petitioner's adjustment application.

5. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: 1/22/2026

KATE M. FOGARTY, CLERK